IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| BRIAN MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MCKINLEY CHALET RESORT, LLC and ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC, | ) ) ) ) |
| Defendants. | ) Case No. 3AN-12-9249 CI ) ) |

## NOTICE TO SUPERIOR COURT OF REMOVAL TO U.S. DISTRICT COURT

TO: The Superior Court
For the State of Alaska,
Third Judicial District at Anchorage

Defendant ARAMARK Sports and Entertainment Services, LLC, by and through its attorneys, Landye Bennett Blumstein LLP, hereby gives notice pursuant to 28 U.S.C. § 1446(d) that on the 11th day of September, 2012, it filed a Notice of Removal of this Action to the United States District Court for the District of Alaska at Anchorage, a copy of which is attached hereto as Exhibit A.

The Superior Court of Alaska, Third Judicial District at Anchorage, is respectfully requested to proceed no further in this action, unless and until the case is remanded by the United States District Court.

EXHIBIT A
PAGE 1 OF 2

*Martin v. McKinley Chalet Resort LLC, et al.*
Notice to Superior Court of Removal to USDC
Case No. 3AN-12-9249 CI                                                      Page 1 of 2

Dated this 11th day of September, 2012 at Anchorage, Alaska.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Defendant

*/s/ Adolf V. Zeman*
Adolf V. Zeman
Alaska Bar No. 0411082

Certificate of Service

On September 11, 2012 a true and correct copy of the foregoing document was sent by ☒ mail or ☐ hand-delivery to the following:

THOMAS S GINGRAS
EIDE & GINGRAS PC
425 G ST STE 930
ANCHORAGE AK  99501

*/s/ Dianne Wamhoff*
Dianne Wamhoff

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

EXHIBIT A
PAGE 2 OF 2

*Martin v. McKinley Chalet Resort LLC, et al.*
Notice to Superior Court of Removal to USDC
Case No. 3AN-12-9249 CI                         Page 2 of 2

Case 3:12-cv-00188-HRH   Document 1-1   Filed 09/11/12   Page 2 of 2