Adolf V. Zeman
Alaska Bar No. 0411082
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: adolfz@lbblawyers.com

Attorneys for Defendant
ARAMARK Sports and Entertainment
    Services, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRIAN MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MCKINLEY CHALET RESORT, LLC ) <br> and ARAMARK SPORTS AND ) <br> ENTERTAINMENT SERVICES LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:12-cv-_____ |

## NOTICE TO PLAINTIFF OF REMOVAL TO U.S. DISTRICT COURT

TO:      Thomas S. Gingras
            Eide & Gingras PC
            425 G St., Ste. 930
            Anchorage, AK  99501
            *Attorney for Plaintiff*

AND TO:  Clerk of Court
            Alaska Court System
            Third Judicial District at Anchorage

    You are hereby notified that on the 11th day of September, 2012, Defendant ARAMARK Sports and Entertainment Services, LLC, filed a Notice of Removal of the action

*Martin v. McKinley Chalet Resort, LLC, et al.*
Notice to Plaintiff of Removal to USDC   EXHIBIT _B_
Case No. 3:12-cv-_____          PAGE _1_ OF _3_
                                                    Page 1 of 3

Case 3:12-cv-00188-HRH   Document 1-2   Filed 09/11/12   Page 1 of 3

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

originally brought by Plaintiff in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-12-9249 CI, with the United States District Court for the District of Alaska at Anchorage; and that Defendant promptly thereafter filed a copy of the Notice of Removal with the Clerk of the Superior Court, so that this action has been removed from the Superior Court to the United States District Court. A copy of the Notice of Removal is attached and served upon you.

Dated this 11th day of September, 2012 at Anchorage, Alaska.

>

> LANDYE BENNETT BLUMSTEIN LLP
> Attorneys for Defendant ARAMARK
> Sports and Entertainment Services, LLC
>
> s/Adolf V. Zeman
> Adolf V. Zeman
> Alaska Bar No.: 411082
> Landye Bennett Blumstein LLP
> 701 West Eighth Avenue, Suite 1200
> Anchorage, Alaska 99501
> Telephone (907) 276-5152
> Facsimile (907) 276-8433
> E-mail: adolfz@lbblawyers.com

*Martin v. McKinley Chalet Resort, LLC, et al.*
Notice to Plaintiff of Removal to USDC
Case No. 3:12-cv-_____          Page 2 of 3

Case 3:12-cv-00188-HRH   Document 1-2   Filed 09/11/12   Page 2 of 3

Certificate of Service

On September 11, 2012 a true and correct copy of the foregoing document was served electronically on:

Thomas S. Gingras
Eide & Gingras PC
425 G St., Ste. 930
Anchorage, AK 99501

(thomas.gingras@egpalaska.com)

    /s/Adolf V. Zeman
Adolf V. Zeman

EXHIBIT B
PAGE 3 OF 3

*Martin v. McKinley Chalet Resort, LLC, et al.*
Notice to Plaintiff of Removal to USDC
Case No. 3:12-cv-_____      Page 3 of 3