# Division of Corporations, Business and Professional Licensing

## Name(s)

| Type | Name |
|---|---|
| Legal Name | ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC |
| Previous Legal Name | ARAMARK LEISURE SERVICES, INC. |
| Previous Legal Name | ARAMARK SPORTS AND ENTERTAINMENT SERVICES, INC. |

## Entity Details

| | |
|---:|---|
| Entity Type: | Limited Liability Company |
| Entity #: | 40869F |
| Status: | Good Standing |
| AK Formed Date: | 9/18/1987 |
| Duration/Expiration: | Perpetual |
| Home State: | DELAWARE |
| Next Biennial Report Due: | 1/2/2013 |
| Entity Mailing Address: | |
| Entity Physical Address: | 1209 ORANGE ST, WILMINGTON, DE 19801 |

## Registered Agent

| | |
|---:|---|
| Agent Name: | C T Corporation System |
| Registered Mailing Address: | 9360 Glacier Hwy Ste 202, JUNEAU, AK 99801 |
| Registered Physical Address: | 9360 Glacier Hwy Ste 202, JUNEAU, AK 99801 |

## Officials

| AK Entity# | Name | Titles | Percent Owned |
|---|---|---|---|
| | Aramark/hms, LLC | Member | 100 |

## Filed Documents

| Date Filed | Type | Filing | Certificate |
|---|---|---|---|
| 9/18/1987 | Creation Filing | | |
| 1/30/1989 | Biennial Report | | |
| 1/22/1991 | Biennial Report | | |

EXHIBIT C
PAGE 1 OF 2

| Date | Type | | |
|---|---|---|---|
| 2/29/1992 | Biennial Report | | |
| 1/4/1993 | Biennial Report | | |
| 2/8/1994 | Agent Change | | |
| 10/28/1994 | Amendment | | |
| 1/3/1995 | Biennial Report | | |
| 12/16/1996 | Amendment | | |
| 1/6/1997 | Biennial Report | | |
| 4/24/2007 | Biennial Report | | |
| 4/24/2007 | Biennial Report | | |
| 4/24/2007 | Biennial Report | | |
| 4/24/2007 | Biennial Report | | |
| 4/24/2007 | Biennial Report | | |
| 4/24/2007 | Conversion | | |
| 1/12/2009 | Biennial Report | | |
| 1/2/2011 | Biennial Report | | |

EXHIBIT C
PAGE 2 OF 2