CT Corporation

**TO:**     Charles J Reitmeyer, Vice President & Assoc. General Counsel
ARAMARK Corporation
1101 Market Street, ARAMARK Tower
Philadelphia, PA 19107-2988

**RE:**     **Process Served in Alaska**

**FOR:**    ARAMARK Sports and Entertainment Services, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Brian W. Martin, Pltf. vs. McKinley Chalet Resort, LLC and Aramark Sports and Entertainment Services, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | Summons and Notice, Complaint, Jury Demand, Memorandums, Affidavits, Exhibits, Orders, Motion, Interrogatory |
| **COURT/AGENCY:** | Anchorage County Superior Court, AK<br>Case # 129248 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - Slip/Trip and Fall - The defendant failed to provide adequate lighting in the stairway of the McKinley Chalet Resort in Denali National Park and Reserve, Alaska on September 16, 2010 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Juneau, AK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/22/2012 postmarked on 08/21/2012 |
| **JURISDICTION SERVED :** | Alaska |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service of summons - Answer to complaint // No later than September 4, 2012 - Answer Interrogatories |
| **ATTORNEY(S) / SENDER(S):** | Thomas S. Gingras<br>Eide & Gingras, P.C.<br>425 G Street<br>Suite 930<br>Anchorage, AK 99501<br>907-279-0930 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/22/2012, Expected Purge Date: 08/27/2012<br>Image SOP<br>Email Notification, David Schast Schast-David@aramark.com<br>Email Notification, Charles J Reitmeyer reitmeyer-charles@aramark.com<br>Email Notification, Kathleen Dennis Dennis-Kathleen@aramark.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Amy McLaren<br>9360 Glacier Highway<br>Suite 202<br>Juneau, AK 99801<br>800-592-9023 |

Information displayed on this transmittal is for CT Corporation's
record keeping purposes only and is provided to the recipient for
quick reference. This information does not constitute a legal
opinion as to the nature of action, the amount of damages, the
answer date, or any information contained in the documents
themselves. Recipient is responsible for interpreting said
documents and for taking appropriate action. Signatures on
certified mail receipts confirm receipt of package only, not
contents.

EXHIBIT

Case 3:12-cv-00188-HRH   Document 1-4   Filed 09/11/12   Page 1 of 1