IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

BRIAN W. MARTIN,                          )
                                          )
                    Plaintiff,            )
                                          )
        vs.                               )
                                          )
MCKINLEY CHALET RESORT, LLC               )
And ARAMARK SPORTS AND                    )
ENTERTAINMENT SERVICES, LLC,              )   Case No. 3AN-12-_____ CI
                                          )
                    Defendants.           )

## PLAINTIFF'S INTERROGATORY TO DEFENDANTS

Plaintiff, Brian Martin, by and through counsel, Eide & Gingras, P.C., hereby submits the following interrogatories to Defendants McKinley Chalet Resort, LLC and Aramark Sports and Entertainment Services, LLC. Pursuant to Alaska Rule of Civil Procedure 33(b)(3), Plaintiff requests the court to order Defendants to provide their answer to Plaintiff no later than Tuesday, September 4, 2012.

## INTERROGATORY NO. 1.

Please provide the name, address and phone number for any and all entities that, during September 2010, had an ownership interest, direct or indirect, in the real property upon which the McKinley Chalet Resort is located, as well as all structures and improvements on that property.

## RESPONSE TO INTERROGATORY NO. 1.

Eide & Gingras, P.C.
425 C Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Plaintiff's Interrogatory to Defendants
Martin v. McKinley Chalet Resort, LLC, et. al.                          Page 1 of 2
Case No. 3AN-12-_____ CI

Case 3:12-cv-00188-HRH   Document 7-12   Filed 09/26/12   Page 1 of 3

DATED this 29th day of August 2012 at Anchorage, Alaska.

EIDE & GINGRAS, P.C.
Attorneys for Plaintiff, Brian W. Martin

Thomas S. Gingras
Alaska Bar #7811098

## VERIFICATION

STATE OF ALASKA )
                  ) ss.
THIRD JUDICIAL DISTRICT )

I, _____, in my capacity as the _____ of _____, being first duly sworn this _____ day of _____, 2012, upon oath, depose and state:

I am the person above-named; I have read the foregoing answers to interrogatories and understand the contents thereof; I have executed the answers freely and voluntarily for the purpose set forth therein, and I verify that the same are true to the best of my knowledge, information and belief.

_____
Signature

_____
Printed Name

_____
Its: _____

SUBSCRIBED and SWORN to before me this _____ day of _____ 2012.

_____
Notary Public for the State of Alaska
My Commission Expires: _____

Plaintiff's Interrogatory to Defendants
*Martin v. McKinley Chalet Resort, LLC, et. al.*
Case No. 3AN-12-_____ CI

Page 2 of 2

Anchorage, Alaska 99501
(907) 279-8930 telephone
(907) 279-0933 fax

US POSTAGE
$ 08.00

Mailed From 99501
08/21/2012
031A 0004181388

C T Corporation
9360 Glacier Highway, Suite 202
Juneau, AK 99801

EII

ATTORNEYS AT LAW
425 G STREET, SUITE 930
ANCHORAGE, ALASKA 99501

7010 2780 0000 9022 5016

Registered Agent for:
Aramark Sports and Entertainment Services, LLC
Entity #: 40869F