IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
BRIAN MARTIN,                         )
                                      )
                    Plaintiff,        )
                                      )
     vs.                              )
                                      )
ARAMARK SPORTS AND ENTERTAINMENT      )
SERVICES, LLC,                        )
                                      )   No. 3:12-cv-0188-HRH
                    Defendant.        )
_____)
```

O R D E R

Stipulation to Dismiss Named
Party and Amend Case Caption[1]

The stipulation filed by the parties on November 19, 2012, to dismiss named defendant McKinley Chalet Resort, LLC, and amend the case caption is approved.

McKinley Chalet Resort, LLC, is hereby dismissed, without prejudice, and the case caption shall read: BRIAN MARTIN, Plaintiff, vs. ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC., Defendant.

DATED at Anchorage, Alaska, this <u>20th</u> day of November, 2012.

s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 16.

ORDER – Stipulation to Dismiss
Named Party and Amend Case Caption                                          - 1 -