IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

BRIAN MARTIN,  )
                               Plaintiff,  )
    vs.  )
                               )
ARAMARK SPORTS AND ENTERTAINMENT  )
SERVICES, LLC,  )
                               )    No. 3:12-cv-0188-HRH
                        Defendant.  )
_____)

O R D E R

Case Dismissed

The parties' stipulation for dismissal with prejudice[1] is granted. This case is dismissed with prejudice, each side to bear its own costs and attorney fees.

DATED at Anchorage, Alaska, this 15th day of May, 2013.

                                                s/ H. Russel Holland
                                               United States District Judge

---

[1]Docket No. 18.